PROB 12C
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 01 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guadalupe de Jimenez Griffith          Case Number: 2:03CR06055-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/25/2004

Original Offense:    Conspiracy to Defraud the United States, 18 U.S.C. § 371 & 641

Original Sentence:   Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney: Jane Kirk                     Date Supervision Commenced: 2/25/2004

Defense Attorney:    John S. Matheson              Date Supervision Expires: 2/24/2009

## PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

**Supporting Evidence**: Guadalupe Jimenez-Griffith is considered in violation of her period of supervised release in the Eastern District of Washington by absconding from supervision on or prior to July 11, 2005.

On February 25, 2004, The defendant was sentenced to one year probation. Her period of probation was extended for a period of four years on December 13, 2004, for full payment of restitution.

On April 5, 2004, the defendant relocated to the District of Nevada. The defendant began employment with Quality Janitorial in Winnemucca, Nevada and lived with her son.

On July 13, 2005, information was received from The District of Nevada stating the defendant had failed to report as directed. Officers had attempted to contact the defendant on July 7, 2005, at her employment but were advised she had left for Las Vegas to pick up her husband. Officers then contacted the defendants daughter in law and she confirmed the defendant had traveled to Las Vegas to pick up her husband. It was later found the defendant had planned to travel back to Mexico with her husband.

Prob12C
Re: Griffith, Guadalupe de Jimenez
July 28, 2005
Page 2

On July 11, 2005, Officers were able to contact the defendant and she had admitted to traveling to Las Vegas to pick up her husband from the airport. The defendant was directed to report to the probation office in Reno on July 12, 2005. The defendant failed to report as directed. Attempts to locate the defendant at her home revealed most of her personal items were gone and no one was at the home. At this time the defendant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Respectfully submitted,

by _____
David L. McCary
U.S. Probation Officer

Sworn to before me,

_____  7/28/05
U.S. Magistrate Judge Michael W. Leavitt    Date

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

August 1, 2005
Date